IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOSEPH J. RUIZ,

      Plaintiff,

vs.                                                            No. CIV 12-0521 JB/CEG

UNITED STATES OF AMERICA,

      Defendant.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Stipulation of Dismissal, filed December 22, 2014 (Doc. 52). The Stipulation of Dismissal dismissed all claims and parties in the action with prejudice pursuant to rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The Court now enters final judgment.

**IT IS ORDERED** that all claims and parties in this action are dismissed with prejudice, and final judgment is entered.

                                                                                      _____
                                                                                       UNITED STATES DISTRICT JUDGE

*Counsel*:

Daniel A. Sanchez
Daniel J. Sanchez
Sanchez Law Group, LLC
Santa Fe, New Mexico

      *Attorneys for the Plaintiff*

Damon P. Martinez
  United States Attorney
Jan Elizabeth Mitchell
Ruth Fuess Keegan
Erin Langenwalter
  Assistant United States Attorneys
United States Attorney's Office
Albuquerque, New Mexico

      *Attorneys for the Defendant*